United States District Court
Middle District of Florida
Orlando Division

**CECILIA VALDIVIESO,**

    *Plaintiff,*

v.     NO. 6:24-cv-1646-WWB-UAM

**OCWEN LOAN SERVICING LLC &
PHH MORTGAGE CORPORATION,**

    *Defendants.*

# Order

The defendant moves to dismiss the complaint, Doc. 10, and to stay discovery, Doc. 32. The plaintiff moves for the production of documents, Doc. 27, and to compel discovery, Doc. 31. The motions are **denied without prejudice**.

The motions violate Local Rule 1.08, as supplemented by the standing order entered on January 13, 2021, and available on the Court's website, [flmd-berger-standing-order-on-revised-local-rules-6-21-mc-3-orl-78.pdf](flmd-berger-standing-order-on-revised-local-rules-6-21-mc-3-orl-78.pdf). *See* Doc. 3 (docket entry notifying the parties of the standing order and explaining that the failure to comply with any Local Rule or the standing order may result in sanctions). The motion for the production of documents is improperly embedded in the plaintiff's response to the defendant's motion to dismiss. *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."); Local Rule 3.01(a) (requirements for a motion). The motion to compel also violates Local Rule 3.01(g). *See* Doc. 21 (order reminding the plaintiff about her

obligation to comply with Local Rule 3.01(g) and explaining that a motion that does not include a Local Rule 3.01(g) certificate may be denied).

**Ordered** in Jacksonville, Florida, on March 13, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Cecilia Valdivieso
    4302 Conroy Club Dr.
    Orlando, FL 32835